1  Lynde Selden III (SBN 207513)
   lselden@keeginharrison.com
2  Robert L. Harrison (SBN 76710)
   rharrison@keeginharrison.com
3  KEEGIN HARRISON SCHOPPERT SMITH &
   KARNER LLP
4  1000 Fourth Street, Suite 600
   San Rafael, California  94901
5  Telephone: (415) 456-4000
   Facsimile:  (415) 456-9021
6
   Attorneys for Plaintiff
7  Stetson University, Inc.

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | STETSON UNIVERSITY, INC., a            | CASE NO. C 16-1905-WHA
   | Florida not for profit corporation,    |
12 |                                         | **STIPULATION AND  [PROPOSED] ORDER
   |                Plaintiff,              | CONTINUING ADR COMPLIANCE AND
13 |                                         | INITIAL CASE MANAGEMENT
   |        v.                              | CONFERENCE DEADLINES**
14 | FREDERICK G. ACKER, as personal        |
   | representative of the Estate of C. Paul| **Judge:    Hon. William H. Alsup**
15 | Johnson a/k/a Chauncey Paul Johnson;   |
   | THE C. PAUL JOHNSON FAMILY             |
16 | CHARITABLE FOUNDATION, an              |
   | entity of unknown form; and            |
17 | FREDERICK G. ACKER, as Trustee of      |
   | the C. Paul Johnson 2003 Trust,        |
18 |                                         |
   |                Defendants.             |
19

20

21

22

23

24

25

26

27

28
                                                        Order re:

1     WHEREAS the Complaint in the action captioned *Stetson University, Inc. v. Frederick G. Acker, et al.*, No. C 16-1905, was filed in this Court on April 11, 2016;

2     WHEREAS a First Amended Complaint in this action was filed on May 5, 2016;

3     WHEREAS, this action was re-assigned to U.S. District Judge William H. Alsup on June 23, 2016;

4     WHEREAS not all defendants have been served with process, but all parties desire to establish uniform dates for events in this action, including a case management conference and the date by which all defendants must respond to the First Amended Complaint;

5     WHEREAS plaintiff's counsel will be in Europe from June 29 to July 21, 2016; one counsel for defendants Frederick G. Acker, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson and Frederick G. Acker, Trustee of the C. Paul Johnson 2003 Trust will be out of the country from June 29 to July 10, 2016; and another counsel for defendants will be on vacation from August 5 to August 21, 2016

THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, as well as to file ADR Certifications and related Stipulations or Notices shall be continued to July 25, 2016;

2. The last day to file Rule 26(f) reports, complete initial disclosures or state objections in Rule 26(f) reports, and file a Joint Case Management Statement shall be continued to August 2, 2016;

3. The Initial Case Management Conference currently scheduled for July 14, 2016 shall be continued to August 25, 2016 at 11:00 a.m.; and

4. All defendants' deadline to answer, move or otherwise respond to the First Amended Complaint shall be the same as the deadline (yet to be determined) for defendant The C. Paul Johnson Family Charitable Foundation to answer, move or otherwise respond to the Complaint.

Dated:  June 29, 2016

Respectfully submitted,

KEEGIN HARRISON SCHOPPERT SMITH & KARNER LLC

*/s/ Lynde Selden III*
Lynde Selden III (SBN 207513)
lselden@keeginharrison.com
Robert L. Harrison (SBN 76710)
rharrison@keeginharrison.com
1000 Fourth Street, Suite 600
San Rafael, California  94901
Telephone: (415) 456-4000
Facsimile:  (415) 456-9021
*Attorneys for Plaintiff Stetson University, Inc.*

Dated:  June 29, 2016

McDERMOTT WILL & EMERY LLP

*/s/ A. Marisa Chun*
A. Marisa Chun
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 815-7400
Facsimile:  (650) 815-7401
Mchun@mwe.com

*Attorneys for Defendants Frederick G. Acker, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson and Frederick G. Acker, as Trustee for The C. Paul Johnson 2003 Trust*

In accordance with Civil Local Rule 5-1(i)(3) of this Court, I, Lynde Selden III, attest to the fact that concurrence in the filing of this document has been obtained from the other signatory which shall serve in lieu of his or her signature on the document.

*/s/ Lynde Selden III*
LYNDE SELDEN III

**[PROPOSED] ORDER**

The above STIPULATION AND [PROPOSED] ORDER CONTINUING ADR COMPLIANCE AND INITIAL CASE MANAGEMENT CONFERENCE DEADLINES is APPROVED.

1. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, as well as to file ADR Certifications and related Stipulations or Notices shall be continued to July 25, 2016;

2. The last day to file Rule 26(f) reports, complete initial disclosures or state objections in Rule 26(f) reports, and file a Joint Case Management Statement shall be continued to August 2, 2016;

3. The Initial Case Management Conference currently scheduled for July 14, 2016 shall be continued to August 25, 2016 at 11:00 a.m.; and

4. All defendants' deadline to answer, move or otherwise respond to the First Amended Complaint shall be the same as the deadline (yet to be determined) for defendant The C. Paul Johnson Family Charitable Foundation to answer, move or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: June 30, 2016.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE