1  Lynde Selden III (SBN 207513)
   lselden@keeginharrison.com
2  Robert L. Harrison (SBN 76710)
   rharrison@keeginharrison.com
3  KEEGIN HARRISON SCHOPPERT SMITH &
   KARNER LLP
4  1000 Fourth Street, Suite 600
   San Rafael, California  94901
5  Telephone: (415) 456-400077
   Facsimile:  (415) 456-902177
6
   Attorneys for Plaintiff
7  Stetson University, Inc.

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | STETSON UNIVERSITY, INC., a          | CASE NO. C 16-1905-WHA
   | Florida not for profit corporation,  |
12 |                                      | **STIPULATION AND  [PROPOSED] ORDER
   |                 Plaintiff,           | CONTINUING ADR COMPLIANCE AND
13 |                                      | PLEADING DEADLINES**
   |       v.                             |
14 | FREDERICK G. ACKER, as personal      |
   | representative of the Estate of C. Paul | **Judge:    Hon. William Alsup**
15 | Johnson a/k/a Chauncey Paul Johnson;  |
   | THE C. PAUL JOHNSON FAMILY            |
16 | CHARITABLE FOUNDATION, an             |
   | entity of unknown form; and           |
17 | FREDERICK G. ACKER, as Trustee of    |
   | the C. Paul Johnson 2003 Trust,       |
18 |                                      |
   |                 Defendants,           |
19

20

21

22

23

24

25

26

27

28
                                                   Order re:
                                       STIPULATION RE: CONTINUING ADR AND
                                                       PLEADING DEADLINES
                                                   CASE NO. C 16-1905-WHA

1     WHEREAS the Complaint in the action captioned *Stetson University, Inc. v. Frederick G. Acker, et al.*, No. C 16-1905, was filed in this Court on April 11, 2016;

    WHEREAS a First Amended Complaint in this action was filed on May 5, 2016;

    WHEREAS, this action was re-assigned to U.S. District Judge William Alsup on June 23, 2016;

    WHEREAS the parties desire to establish uniform dates for events in this action, including the date by which these defendants must respond to the First Amended Complaint;

    WHEREAS another counsel for defendants will be on vacation from August 5 to August 21, 2016;

    WHEREAS counsel for the parties met and conferred regarding initial disclosures, early settlement, ADR process selection, and discovery plans on July 25, 2016; and

    WHEREAS counsel for the parties wish to advise their respective clients regarding the substance of the July 25, 2016 meet and confer, before their clients must execute the ADR certifications.

    THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The last day to file ADR Certifications and related Stipulations or Notices shall be continued to July 27, 2016;

2. Defendants Frederick G. Acker, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson and Frederick G. Acker, as Trustee of the C. Paul Johnson 2003 Trusts' deadline to answer, move or otherwise respond to the First Amended Complaint shall be August 29, 2016.

//
//
//
//
//

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 25, 2016 | Respectfully submitted, |
| 3 | | KEEGIN HARRISON SCHOPPERT SMITH & KARNER LLC |
| 4 | | |
| 5 | | */s/ Lynde Selden III* |
| 6 | | Lynde Selden III (SBN 207513) lselden@keeginharrison.com |
| 7 | | Robert L. Harrison (SBN 76710) rharrison@keeginharrison.com 1000 Fourth Street, Suite 600 |
| 8 | | San Rafael, California  94901 Telephone: (415) 456-4000 |
| 9 | | Facsimile:  (415) 456-9021 *Attorneys for Plaintiff Stetson University, Inc.* |
| 10 | Dated: July 25, 2016 | McDERMOTT WILL & EMERY LLP |
| 11 | | |
| 12 | | */s/ A. Marisa Chun* |
| 13 | | A. Marisa Chun 275 Middlefield Road, Suite 100 |
| 14 | | Menlo Park, CA  94025 Telephone:  (650) 815-7400 |
| 15 | | Facsimile:  (650) 815-7401 Mchun@mwe.com |
| 16 | | *Attorneys for Defendants Frederick G. Acker,* |
| 17 | | *as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson* |
| 18 | | *and Frederick G. Acker, as Trustee for The C. Paul Johnson 2003 Trust* |

In accordance with Civil Local Rule 5-1(i)(3) of this Court, I, Lynde Selden III, attest to the fact that concurrence in the filing of this document has been obtained from the other signatory which shall serve in lieu of his or her signature on the document.

*/s/ Lynde Selden III*
LYNDE SELDEN III

CASE NO. C 16-1905-WHA

**[PROPOSED] ORDER**

The above STIPULATION AND [PROPOSED] ORDER CONTINUING ADR COMPLIANCE and PLEADING DEADLINES is APPROVED.

1. The last day to file ADR Certifications and related Stipulations or Notices shall be continued to July 27, 2016;

2. Defendants Frederick G. Acker, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson and Frederick G. Acker, as Trustee of the C. Paul Johnson 2003 Trusts' deadline to answer, move or otherwise respond to the First Amended Complaint shall be August 29, 2016.

**IT IS SO ORDERED.**

Dated: July 28, 2016.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE