IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STETSON UNIVERSITY, INC., a Florida not-for-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDERICK G. ACKER, as representative of the Estate of C. Paul Johnson,<br><br>    Defendant.<br>                                 / | No. C 16-01905 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JARED R. CLOUD** |

      The *pro hac vice* application of Attorney Jared R. Cloud (Dkt. No. 29) is **DENIED** for failing to comply with Local Rule 11-3.  The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Illinois" — is inadequate under the local rule because it fails to identify a specific court.  While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: August 3, 2016.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE