A. MARISA CHUN (SBN 160351)
mchun@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:      +1 650 815 7401

Attorneys for Defendants
FREDERICK G. ACKER,
as personal representative of the Estate of C. Paul
Johnson a/k/a Chauncey Paul Johnson and as
Trustee for the C. Paul Johnson 2003 Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STETSON UNIVERSITY, INC., a Florida not for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK G. ACKER, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson; THE C. PAUL JOHNSON FAMILY CHARITABLE FOUNDATION, an entity of unknown form; and FREDERICK G. ACKER, Trustee of the C. Paul Johnson 2003 Trust,<br><br>Defendants. | CASE NO.  C 16-1905 WHA<br>Order re:<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>(Civil Local Rule 11-3) |

DM_US 75579164-2.021074.0017

Order re:
APPLICATION FOR *PRO HAC VICE*
CASE No. C 16-1905 WHA

1      Pursuant to Civil Local Rule 11-3, Jared R. Cloud, an active member in good standing of
2  the bar of the Supreme Court of Illinois (the highest court of the State of Illinois), hereby
3  respectfully applies for admission to practice *pro hac vice* in the United States District Court,
4  Northern District of California, representing defendants FREDERICK G. ACKER, as personal
5  representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson and FREDERICK
6  G. ACKER, as Trustee for the C. Paul Johnson 2003 Trust (collectively, "Estate Defendants") in
7  this action.

      In support of this application, I certify under oath as follows:

1.     I am an active member in good standing of the highest court of the State of Illinois (admitted 1995), as indicated above.  My bar number is 6229039.  A true and correct copy of a Certificate of Good Standing issued by the Clerk of the Supreme Court of Illinois is attached as **Exhibit A**.  I am also an active member in good standing of the following United States Courts:

   a. United States District Court for the Northern District of Illinois (admitted 1996).

   b. United States District Court for the Central District of Illinois (admitted 1997).

   c. United States Court of Appeals for the Eighth Circuit (admitted 2000).

2.     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys set forth in Civil L.R. 11-4 and the Alternative Dispute Resolution Local Rules.

3.     My local co-counsel in this case, A. Marisa Chun, is a member of the bar of this Court in good standing and maintains an office within the State of California. My address of record and her address of record are as follows:

   Jared R. Cloud
   McDermott Will & Emery LLP
   227 W. Monroe Street, Suite 4700
   Chicago, Illinois 60606
   Telephone: (312) 984-6488
   E-mail: JCloud@mwe.com

   A. Marisa Chun
   McDermott Will & Emery LLP
   275 Middlefield Road, Suite 100
   Menlo Park, California 94025.
   Telephone: (650) 815-7400
   E-mail: MChun@mwe.com

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON

DM_US 75579164-2.021074.0017                    1                    Order re:
APPLICATION FOR *PRO HAC VICE*
CASE No. C 16-1905 WHA

I declare under penalty of perjury that the foregoing is true and correct. Accordingly, I respectfully request admission to the Bar of this Court to appear as counsel *pro hac vice* in the above-captioned action.

Dated: August 25, 2016

By: /s/*Jared R. Cloud*
JARED R. CLOUD
Applicant

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jared R. Cloud is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August  25 , 2016         By: _____
                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON

DM_US 75579164-2.021074.0017

2

Order re:
APPLICATION FOR *PRO HAC VICE*
CASE No. C 16-1905 WHA