1  Lynde Selden III (SBN 207513)
   lselden@keeginharrison.com
2  Robert L. Harrison (SBN 76710)
   rharrison@keeginharrison.com
3  KEEGIN HARRISON LLP
   1000 Fourth Street, Suite 600
4  San Rafael, California 94901
   Telephone: (415) 456-4000
5  Facsimile: (415) 456-9021

6  Attorneys for Plaintiff
   Stetson University, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STETSON UNIVERSITY, INC., a Florida not for profit corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>FREDERICK G. ACKER, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson; THE C. PAUL JOHNSON FAMILY CHARITABLE FOUNDATION, an entity of unknown form; and FREDERICK G. ACKER, as Trustee of the C. Paul Johnson 2003 Trust,<br><br>             Defendants, | CASE NO. C 16-1905-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RESCINDING MEDIATION REFERRAL TO MAGISTRATE JUDGE SALLIE KIM AND REFERRAL TO USDC ADR PROGRAM FOR MEDIATION**<br><br>**Judge:   Hon. William Alsup** |

WHEREAS the Complaint in the action captioned *Stetson University, Inc. v. Frederick G. Acker, et al.*, No. C 16-1905, was filed in this Court on April 11, 2016;

WHEREAS this Court issued a Minute Order on August 25, 2016 referring this matter to Magistrate Judge Sallie Kim for mediation but further noted that the parties could file a proposed order to rescind the referral to Judge Kim if they agreed to a mediator;

WHEREAS the parties met and conferred and have agreed to four potential mediators participating in the Northern District ADR Program including: U.S. Magistrate Judge Wayne Brazil (ret.); Hon. Rebecca Westerfield (ret.); Richard Collier, Esq; or Paul Renne, Esq.

WHEREAS the parties participated in a Telephonic Scheduling Conference with Magistrate Kim on September 8, 2016 at 11 a.m. and indicated a desire to participate in mediation as soon as September 26, 2016 or, more realistically, in early October 2016 before one of the aforementioned agreed-upon mediators;

WHEREAS by the Court's Minute Order of September 8, 2016, Judge Kim agreed to allow the parties to proceed to mediation before one of the agreed-upon court-sponsored ADR program mediators, pending approval of this Court, and ordered the parties to complete mediation by October 23, 2016;

WHEREAS Judge Kim further ordered and scheduled a follow-up Telephonic Conference to occur on October 24, 2016 at 9:00 a.m., in the event the parties fail to settle by the October 23, 2016 deadline;

WHEREAS the parties contacted the Court's ADR Program on September 9, 2016, indicating the desire to proceed to mediation with one of the four agreed-upon mediators and the Court's ADR Program staff have informed the parties that they will proceed to assist in scheduling a mediation with one of the four mediators pending an order from this Court referring the matter to the ADR Program.

THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The parties agree to proceed to Mediation before U.S. Magistrate Judge Wayne Brazil (ret.), Hon. Rebecca Westerfield (ret.), Richard Collier, Esq.; or Paul Renne, Esq. no later than October 23, 2016, subject to the assigned mediator's availability, and

2. The parties will attend a Telephonic Conference with Magistrate Judge Sallie Kim on October 24, 2016 at 9 a.m. should the parties fail to settle this matter by the October 23, 2016 deadline.

Dated:  September 13, 2016

Respectfully submitted,

KEEGIN HARRISON LLC

*/s/*
Lynde Selden III (SBN 207513)
lselden@keeginharrison.com
Robert L. Harrison (SBN 76710)
rharrison@keeginharrison.com
1000 Fourth Street, Suite 600
San Rafael, California  94901
Telephone: (415) 456-4000
Facsimile:  (415) 456-9021
*Attorneys for Plaintiff Stetson University, Inc.*

Dated:  September 13, 2016

McDERMOTT WILL & EMERY LLP

*/s/*
A. Marisa Chun
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 815-7400
Facsimile:  (650) 815-7401
Mchun@mwe.com

*Attorneys for Defendants Frederick G. Acker, as personal representative of the Estate of C. Paul Johnson a/k/a Chauncey Paul Johnson and Frederick G. Acker, as Trustee for The C. Paul Johnson 2003 Trust*

/ / /

/ / /

**[PROPOSED] ORDER**

The above STIPULATION AND [PROPOSED] ORDER RESCINDING THE REFERRAL FOR MEDIATION TO MAGISTRATE JUDGE SALLIE KIM AND ORDER REFERRING THE MATTER TO THE U.S. DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA ADR PROGRAM FOR MEDIATION is APPROVED.

1. The court hereby rescinds the August 25, 2016 referral of this matter to Magistrate Judge Sallie Kim for mediation;

2. The case is referred to the U.S. District Court for the Northern District of California ADR Program for mediation for assignment to one of the parties' preferred mediators, namely, U.S. Magistrate Judge Wayne Brazil (ret.), Hon. Rebecca Westerfield (ret.), Richard Collier, Esq, or Paul Renne, Esq., with mediation to be held no later than October 23, 2016, subject to the mediator's availability; and

3. The parties will appear for a Telephonic Conference with Magistrate Judge Sallie Kim on October 24, 2016 at 9 a.m. should the parties fail to settle this matter by October 23, 2016. If the matter settles, the Parties will immediately inform Judge Kim and this Court.

**IT IS SO ORDERED.**

Dated: September 19, 2016.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE